UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL McGARRY, by LAURA J. McGARRY, As Next Friend of Paul McGarry,<br><br>       Petitioner,<br><br> v.<br><br>MARTHA KARR, Chief of Correction Pierce County Corrections,<br><br>       Respondent. | No. C12-5199 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This action is **Dismissed Without Prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 18th day of May, 2012.

              _/s/ Ronald B. Leighton_
              Ronald B. Leighton
              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1